**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**District Judge Gordon P. Gallagher**

Civil Action No. 26-cv-04052-GPG

JESUS ANTONIO ASTIDIAS RUIZ,
*a/k/a Jesus Alberto Gutierrez,*

Petitioner,

v.

JUAN BALTAZAR,
*Warden of Aurora ICE Detention Center,*
MARKWAYNE MULLIN,
*Secretary of DNS,*
DAVID VENTURELLA,
*Director of ICE,*

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders [D. 7] entered by United States District Judge Gordon P. Gallagher and supplemented by the Status Reports [D. 10] filed by Respondents, it is

ORDERED that the Application for Writ of Habeas Corpus [D. 1] was granted in part [D. 10], it is further

ORDERED that Respondents have complied with the Order [D. 10] and Petitioner was denied bond. It is further

ORDERED that judgment is entered in favor of Petitioner and against Respondents pertaining to Habeas Petition. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 14th day of October 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By: s/D. Clement
Deputy Clerk